UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH TUNING,

        Plaintiffs,

    v.

CITY OF WALNUT CREEK, et al.,

        Defendants.

Case No. 21-cv-05154-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 4/1/2022 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference (3/25/2022).

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  3/11/2022

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 11/8/2022.

DESIGNATION OF EXPERTS: 12/13/2022; REBUTTAL: 1/10/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 1/31/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by; 2/14/2023;
    Opp. Due: 2/28/2023; Reply Due: 3/7/2023;
    and set for hearing no later than 3/24/2023 at 10:00 AM.

PRETRIAL PAPERWORK: 5/16/2023;
PRETRIAL CONFERENCE DATE: 5/30/2023 at 3:30 PM.

JURY TRIAL DATE: 6/12/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** review the Judge's Standing Order re: Civil Pretrial Instructions (https://cand.uscourts.gov/wp-content/uploads/judges/illston-si/Judge_Illstons_Civil_Pretrial_Instructions_10-2020.pdf).  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: January 14, 2022

_____
SUSAN ILLSTON
United States District Judge